Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491
Facsimile:    (307) 672-8955

Michael T. Hornak, (admitted pro hac vice)
mhornak@rutan.com
Ronald P. Oines, (admitted pro hac vice)
roines@rutan.com
Natalie M. Gowin, (admitted pro hac vice)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Plaintiff, BLACK CARD LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| BLACK CARD LLC, a Wyoming Limited Liability Company,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 10cv0025-D |
|---|---|

2328/026336-0034
2227624.01 a09/14/10

# DECLARATION OF NATALIE M. GOWIN IN SUPPORT OF PLAINTIFF BLACK CARD LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Natalie M. Gowin, declare as follows:

1. I am an attorney with Rutan & Tucker, LLP, counsel for plaintiff Black Card LLC ("BC LLC") in the above-captioned matter. I am admitted to practice in the State of California and various United States District Courts. I am admitted to practice before this Court, pro hac vice. I make this Declaration in support of BC LLC's Motion for Partial Summary Judgment. I make this Declaration based on my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. On September 7, 2010, I visited American Express' website, available at [https://home.americanexpress.com/home/mt_personal.shtml]. Using the search function available on that webpage, I searched the site for the terms "black card" and "blackcard". The only results my searches returned related to "black market" and "blackguard." Attached as Exhibit 16 are true and correct copies of the search results I obtained.

3. On September 3, 2010, I visited the American Express website that identifies American Express' trademarks and service marks, which website is available at [http://www212.americanexpress.com/dsmlive/dsm/dom/us/en/legaldisclosures/americanexpresstrademarksandservicemarks.do?vgnextoid=b6bc634b7e7af110VgnVCM100000defaad94RCRD&

intsearchct=3|e7dd78937d5c3c07677017b8022cee70].  Attached as Exhibit 17 is a true and correct copy of the list of American Express' trademarks and services marks I printed off American Express' website.

4. On September 9, 2010, I visited the Yahoo! Finance website for American Express Company, available at [http://finance.yahoo.com/q?s=AXP].  Attached as Exhibit 18 is a true and correct copy of the print-out from the Yahoo! Finance website I visited.

5. On September 3, 2010, I visited the homepage for American Express' Plum Card, available at [http://www201.americanexpress.com/business-credit-cards/business-card-details/american-express-plum-card/].  Attached as Exhibit 19 is a true and correct copy of the print-out from the American Express Plum Card home page I visited.

6. On September 3, 2010, I visited the homepage for American Express' Platinum Card at [https://www217.americanexpress.com/cards/npz.do?pmccode=137#CARDS/137/0/0/-1].  Attached as Exhibit 20 is a true and correct copy of the print-out from the American Express Platinum Card home page I visited.

/ / /

/ / /

7. On September 3, 2010, I visited the homepage for American Express' Zync Card at [https://www217.americanexpress.com/cards/npz.do?pmccode=758#CARDS/758/0/0/-1]. Attached as Exhibit 21 is a true and correct copy of the print-out from the American Express Zync Card home page I visited.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14th, 2010 at Costa Mesa, California.

_Natalie M. Gowin_
Natalie M. Gowin