Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491
Facsimile:   (307) 672-8955

Michael T. Hornak, (*admitted pro hac vice*)
mhornak@rutan.com
Ronald P. Oines, (*admitted pro hac vice*)
roines@rutan.com
Natalie M. Gowin, (*admitted pro hac vice*)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff BLACK CARD LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BLACK CARD LLC, a Wyoming Limited Liability Company,<br><br>      Plaintiff,<br> v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 10cv0025-D |

-2-

## BLACK CARD LLC'S REQUEST FOR JUDICIAL NOTICE
## IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that plaintiff Black Card LLC ("BC LLC") hereby request that the Court take judicial notice of the following documents in connection with BC LLC's Motion for Partial Summary Judgment.

A. **The Trademark Electronic Search System Results Page For "Centurion."** A copy of this document is attached as Exhibit A.

B. **The Trademark Electronic Search System Results Page For "Black From American Express."** A copy of this document is attached as Exhibit B.

C. **United States Patent and Trademark Office Notice of Abandonment, Dated April 17, 2007, Relating To "Black From American Express."** A copy of this document is attached as Exhibit C.

D. **The Trademark Electronic Search System Results Page For "Plum Card."** A copy of this document is attached as Exhibit D.

E. **The Trademark Electronic Search System Results Pages For "Platinum Card."** A copy of this document is attached as Exhibit E.

F. **The Trademark Electronic Search System Results Page For "Zync Card."** A copy of this document is attached as Exhibit F.

G. **The Trademark Electronic Search System Results Page For "Zync."** A copy of this document is attached as Exhibit G.

BC LLC respectfully requests that the Court take judicial notice of Exhibits A through G pursuant to Federal Rule of Evidence, Rule 201. *See e.g., Island Software & Computer Service, Inc. v. Microsoft Corp.*, 413 F.3d 257, 261 (2nd Cir. 2005).

H. **Plaintiffs American Express Marketing & Development Corp.'s and American Express Travel Related Services Co., Inc.'s Complaint Filed In** *American Express Marketing & Development Corp. v. Black Card LLC*, **Southern District Of New York Case No. 10 Civ. 1605.** A copy of this document, without exhibits, is attached as Exhibit H.

I. **Plaintiff American Express Company's Memorandum Of Law In Support Of Motion For Summary Judgment Filed In** *American Express Co. v. Goetz*, **Southern District Of New York Case No. 05 CV 1555.** A copy of this document is attached as Exhibit I.

J. **American Express Company's Initial Brief On Appeal, Filed in** *American Express Co. v. Goetz*, **United States Court of Appeals For The Second Circuit, Docket No. 06-2184-cv.** A copy of this documents is attached as Exhibit J.

BC LLC respectfully requests that the Court take judicial notice of Exhibits H through J pursuant to Federal Rule of Evidence, Rule 201. *See, e.g., Amphibious Partners, LLC v. Redman*, 534 F.3d 1357, 1361-1362 (10th Cir. 2008); *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002).

K. **Excerpts of American Express Company's 2009 K-1, filed with the SEC on February 25, 2010.** A copy of the relevant portions of this document is attached as Exhibit K.

BC LLC respectfully requests that the Court take judicial notice of Exhibit K pursuant to Federal Rule of Evidence, Rule 201. *See e.g., Island Software & Computer Service, Inc.*, 413 F.3d at 261.

Dated: This 14th day of September, 2010

                                                           /s/ *Ronald P. Oines*
                                                           Kim D. Cannon, Bar # 5-1401
                                                           Kate M. Fox, Bar # 5-2646
                                                           Davis & Cannon, LLP
                                                           40 South Main
                                                           P.O. Box 728
                                                           Sheridan, WY 82801
                                                           Telephone:    (307) 672-7491

                                                           Michael T. Hornak, (*admitted pro hac vice*)
                                                           mhornak@rutan.com
                                                           Ronald P. Oines, (*admitted pro hac vice*)
                                                           roines@rutan.com
                                                           Natalie M. Gowin, (*admitted pro hac vice*)
                                                           ngowin@rutan.com
                                                           RUTAN & TUCKER, LLP
                                                           611 Anton Boulevard, Fourteenth Floor
                                                           Costa Mesa, California 92626-1931
                                                           Telephone:    714-641-5100

                                                           Attorneys for Plaintiff BLACK CARD LLC