Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone: (307) 672-7491
Facsimile: (307) 672-8955

Michael T. Hornak, (*admitted pro hac vice*)
mhornak@rutan.com
Ronald P. Oines, (*admitted pro hac vice*)
roines@rutan.com
Natalie M. Gowin, (*admitted pro hac vice*)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff BLACK CARD LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLACK CARD LLC, a Wyoming Limited Liability Company,<br><br>      Plaintiff,<br>v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 10cv0025-D |

## BLACK CARD LLC'S REQUEST FOR ORAL ARGUMENT
## ON MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Local Rules, plaintiff Black Card LLC ("BC LLC") respectfully requests that the Court set oral argument on BC LLC's Motion for Partial Summary Judgment on the First Claim for Relief (Declaratory Relief) of BC LLC's Complaint against defendants American Express Marketing & Development Corp. and American Express Travel Related Services Company, Inc.

Dated: This 15th day of September, 2010

/s/ Ronald P. Oines
Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491

Michael T. Hornak, (admitted pro hac vice)
mhornak@rutan.com
Ronald P. Oines, (admitted pro hac vice)
roines@rutan.com
Natalie M. Gowin, (admitted pro hac vice)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:   714-641-5100

Attorneys for Plaintiff BLACK CARD LLC