Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491
Facsimile:   (307) 672-8955

Michael T. Hornak, (*admitted pro hac vice*)
mhornak@rutan.com
Ronald P. Oines, (*admitted pro hac vice*)
roines@rutan.com
Natalie M. Gowin, (*admitted pro hac vice*)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff BLACK CARD LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BLACK CARD LLC, a Wyoming Limited Liability Company,<br><br>                Plaintiff,<br>v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 10cv0025-D |

## BLACK CARD LLC'S NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that, plaintiff Black Card LLC ("BC LLC") submitted the following documents in support of its Motion for Partial Summary Judgment on the First Claim for Relief (Declaratory Relief) of BC LLC's Complaint against defendants American Express Marketing & Development Corp. and American Express Travel Related Services Company, Inc. (collectively, "American Express") under seal pursuant to the protective order entered in this matter:

1. BC LLC's Memorandum of Points and Authorities;
2. BC LLC's Proposed Findings of Fact and Conclusions of Law; and
3. BC LLC's Index of Confidential Documents.

Because these documents will not be filed electronically and thus will not be served through the ECF system, BC LLC will serve these documents on American Express via e-mail.

Dated: This 15th day of September, 2010

/s/ *Ronald P. Oines*
Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491

Michael T. Hornak, (*admitted pro hac vice*)
mhornak@rutan.com
Ronald P. Oines, (*admitted pro hac vice*)
roines@rutan.com

-2-

Natalie M. Gowin, (*admitted pro hac vice*)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:    714-641-5100

Attorneys for Plaintiff BLACK CARD LLC

## CERTIFICATE OF SERVICE

I, Kate M. Fox, certify that on the 17th day of September, 2010, copies of the following documents filed under seal:

- Black Card LLC's Proposed Findings of Fact and Conclusions of Law in Support of Motion for Partial Summary Judgment;
- Black Card LLC's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment;
- Black Card LLC's Index of Confidential Documents Submitted in Support of Motion for Partial Summary Judgment; and
- Exhibits 1-10 to Index of Confidential Documents

were served electronically to the following:

Frank Neville
Ryan J. Schwartz
Williams, Porter, Day & Neville, P.C.
fneville@wpdn.net
rschwartz@wpdn.net

David H. Bernstein
Eric D. Meyer
Debevoise & Plimpton, LLP
dhbernstein@debevoise.com
emeyer@debevoise.com

/s/
Kate M. Fox