Kim D. Cannon, Wyo. Bar # 5-1401
Kate M. Fox, Wyo. Bar # 5-2646
Davis & Cannon, LLP
P.O. Box 728
Sheridan, WY 82801
Telephone:   (307) 672-7491
Facsimile:   (307) 672-8955
cannon@davisandcannon.com
kate@davisandcannonchey.com

Michael Hornak (*admitted pro hac vice*)
mhornak@rutan.com
Ronald P. Oines (*admitted pro hac vice*)
roines@rutan.com
Natalie M. Gowin (*admitted pro hac vice*)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:   (714) 641-5100
Facsimile:   (714) 546-9035

Attorneys for Plaintiff, BLACKCARD, LLC

**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 17 2010

Stephan Harris, Clerk
Cheyenne

UNITED STATES DISTRICT COURT
FOR THE DSITRICT OF WYOMING

| | |
|---|---|
| BLACK CARD, LLC, a Wyoming limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP., a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.. a New York Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 10CV0025-D<br><br><br><br><br><br><br><br><br><br>**FILED UNDER SEAL** |