Frank Neville, W.S.B. # 4-1145 (fneville@wpdn.net)
Ryan J. Schwartz, W.S.B. # 6-3611 (rschwartz@wpdn.net)
WILLIAMS, PORTER, DAY, & NEVILLE, P.C.
159 No. Wolcott
P.O. Box 10700
Casper, WY 82601
307-265-0700 (tel)
307-266-2306 (fax)

David H. Bernstein (admitted *pro hac vice*) (dhbernstein@debevoise.com)
Eric D. Meyer (admitted *pro hac vice*) (emeyer@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (tel)
(212) 521-7696 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLACK CARD LLC, a Wyoming limited Liability company, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP., a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation; [And DOES 1 through 10, inclusive], | ) Case No. 10CV0025-D ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Defendants American Express Marketing & Development Corp, *et al,* submitted the following documents in support of its Motion to Stay, Extend Time to Respond to, Or Dismiss Without Prejudice Plaintiff's Motion for Summary Judgment and

Motion for Expedited Consideration and accompanying Memorandum of Law and Declaration of Eric D. Meyer under seal pursuant to the protective order entered in this matter:

1. Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment or, in the Alternative, in Support of Defendants' Motion to Stay, Extend Time to Respond to, or Dismiss Without Prejudice Plaintiff's Motion for Partial Summary Judgment.

2. Declaration of Eric D. Meyer Pursuant to Rule 56(f).

Dated: September 23, 2010　　　　　　　　　　Respectfully submitted,
　　　　　Casper, Wyoming

　　　　　　　　　　　　　　　　　　　　　　　AMERICAN EXPRESS MARKETING &
　　　　　　　　　　　　　　　　　　　　　　　DEVELOPMENT CORP. and AMERICAN
　　　　　　　　　　　　　　　　　　　　　　　EXPRESS TRAVEL RELATED
　　　　　　　　　　　　　　　　　　　　　　　SERVICES COMPANY, INC.

Of Counsel:

s/ Eric D. Meyer　　　　　　　　　　　　　　　s/ Frank Neville
David H. Bernstein (admitted *pro hac vice*)　　Frank Neville, W.S.B. # 4-1145
Eric D. Meyer (admitted *pro hac vice*)　　　　Ryan J. Schwartz, W.S.B. # 6-3611
DEBEVOISE & PLIMPTON LLP　　　　　　　　WILLIAMS, PORTER, DAY, & NEVILLE, P.C.
919 Third Avenue　　　　　　　　　　　　　　159 No. Wolcott
New York, New York  10022　　　　　　　　　P.O. Box 10700
(212) 909-6000 (tel)　　　　　　　　　　　　　Casper, WY 82601
(212) 521-7696 (fax)　　　　　　　　　　　　　307-265-0700 (tel)
dhbernstein@debevoise.com　　　　　　　　　　307-266-2306 (fax)
emeyer@debevoise.com　　　　　　　　　　　　fneville@wpdn.net
　　　　　　　　　　　　　　　　　　　　　　　rschwartz@wpdn.net

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　　*American Express Marketing & Development*
　　　　　　　　　　　　　　　　　　　　　　　*Corp. and American Express Travel Related*
　　　　　　　　　　　　　　　　　　　　　　　*Services Co., Inc.*

# CERTIFICATE OF SERVICE

  The undersigned, one of the attorneys for Defendants, certifies that a true copy of the above and foregoing instrument was served upon counsel of record on the 23rd day of September, 2010 addressed to and served as follows:

| | |
|---|---|
| Kim D. Cannon, Bar # 5-1401<br>Kate M. Fox, Bar # 5-2646<br>Davis & Cannon, LLP<br>P.O. Box 728<br>Sheridan, WY 82801<br>**Attorneys for Plaintiff** | ☐ U. S. Mail (prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☒ PACER |
| Michael T. Hornak *(Pro Hac Vice)*<br>Ronald P. Oines *(Pro Hac Vice)*<br>Natalie M. Gowin *(Pro Hac Vice)*<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626-1931<br>**Attorneys for Plaintiff** | ☐ U. S. Mail (prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☒ PACER |

_____
Ryan Schwartz

23274520v1