Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:     (307) 672-7491
Facsimile:     (307) 672-8955

Michael T. Hornak, (*admitted pro hac vice*)
mhornak@rutan.com
Ronald P. Oines, (*admitted pro hac vice*)
roines@rutan.com
Natalie M. Gowin, (*admitted pro hac vice*)
ngowin@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:     714-641-5100
Facsimile:     714-546-9035

Attorneys for Plaintiff, BLACK CARD LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLACK CARD LLC, a Wyoming Limited Liability Company,<br><br>             Plaintiff,<br><br>      v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 10cv0025-D |

2328/026336-0024
1070025.01 a09/28/10

## AFFIDAVIT OF MICHAEL T. HORNAK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY, EXTEND TIME TO RESPOND TO, OR DISMISS WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Michael T. Hornak, being first duly sworn upon oath, do depose and say as follows:

1.      I am a partner with Rutan & Tucker, LLP, counsel for plaintiff Black Card LLC ("BC") in the above-captioned matter.  I am admitted to practice in the State of California and various United States District Courts and Courts of Appeal.  I am admitted to practice before this Court, pro hac vice.  I make this Declaration in support of BC's Opposition to Defendants' Motion to Stay, Extend Time to Respond to, or Dismiss Without Prejudice, Plaintiff's Motion for Summary Judgment.  I make this Affidavit based on my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2.      Attached as Exhibit "A" is a true and correct copy of "American Express Company's Opposition to Defendants' Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(1)", filed in connection with Southern District of New York case no. 05-CV-1555, which my office obtained on-line through the Court's ECF system.

3.      I am informed and believe that, on September 22, 2010 at approximately 1:10 p.m. PDT, Natalie Gowin of my office received a telephone call from Eric Meyer, counsel for defendants American Express Marketing & Development Corp. and American Express Travel Related Services Company (collectively, "AmEx").  I am informed and believe that Mr. Meyer asked whether BC would withdraw its Motion for Partial Summary Judgment ("MPSJ").  I am

further informed and believe that Ms. Gowin advised Mr. Meyer that our office would respond to his request shortly.

4.      On September 22, 2010, at 3:27 p.m. PDT, I received an email from Mr. Meyer asking again whether BC would withdraw its MPSJ. I responded to Mr. Meyer's email in an email advising that my office had not been able, within the past two hours, to contact our client and respond fully to Mr. Meyer's request. I also informed Mr. Meyer that BC would be willing to discuss reasonable briefing schedules for AmEx's Opposition to the MPSJ and invited Mr. Meyer to propose such a schedule.

5.      On September 23, 2010, I sent an email to Mr. Meyer advising him that BC would stipulate to a two week extension of time for AmEx's Opposition to the MPSJ. Mr. Meyer responded via email stating that a two week extension of time is not adequate to address AmEx's concerns.

6.      On April 19, 2010, my office propounded BC's first set of interrogatories to AmEx. Attached as Exhibit "B" is a true and correct copy of the interrogatories propounded by my office.

7.      On July 21, 2010, my office received AmEx's second set of requests for production of documents to BC. Since that time, my office has received no further discovery requests propounded to BC by AmEx.

8.   On July 21, 2010, my office received a service copy of a subpoena to third-party The Digital Forces LLC served on behalf of AmEx.  Since that time, my office has received no further notices of third-party discovery propounded by AmEx.

Further, affiant sayeth not.

Dated this 28th of September, 2010.

_Michael C. Hornak_
Michael T. Hornak

## ACKNOWLEDGMENT

STATE OF CALIFORNIA         )
COUNTY OF ORANGE            )

The foregoing Affidavit of Michael T. Hornak was subscribed and sworn to before me this 28th day of September, 2010.

WITNESS my hand and official seal.

_See attached Acknowledgment_

_____
Notary Public

My Commission expires: _____.

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____*Orange*_____ }

On __*Sept 28, 2010*__ before me, __DEBORAH E. CORWIN__,
Date                                    Here Insert Name and Title of the Officer

personally appeared __*Michael T. Hornar*__
Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                          Signature of Notary Public

DEBORAH E. CORWIN
Commission # 1792262
Notary Public - California
Orange County
My Comm. Expires Feb 28, 2012

Place Notary Seal Above

--------- OPTIONAL ---------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __*Affidavit in Opposition to Motion*__

Document Date: __*9-28-10*__          Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: *Michael T. Hornar*
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here
*n/a*

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827