Frank D. Neville W.S.B. # 4-1145
Ryan J. Schwartz W.S.B. # 6-3611
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
P.O. Box 10700
Casper, WY  82602-3902

David H. Bernstein (admitted *pro hac vice*)
Eric D. Meyer (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLACK CARD LLC, a Wyoming Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 10-CV-0025-D |
| AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP., a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation; And DOES 1 through 10, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that plaintiff American Express Marketing & Development

23300272v1

Corp. is a wholly-owned subsidiary of plaintiff American Express Travel Related Services Company, Inc., which is a wholly owned subsidiary of American Express Company, a publicly traded company. Both plaintiffs and the parent corporation are private, non-governmental parties. Further, more than 10% of the parent company is owned by Berkshire Hathaway, which is also publicly traded.

Dated: October 29, 2010
       Casper, Wyoming

Respectfully submitted,

AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

Of Counsel:

/s/ David H. Bernstein_____
David H. Bernstein (admitted *pro hac vice*)
Eric D. Meyer (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000 (tel)
(212) 909-6836 (fax)
dhbernstein@debevoise.com
emeyer@debevoise.com

/s/ Frank Neville_____
Frank Neville, W.S.B. # 4-1145
Ryan J. Schwartz, W.S.B. # 6-3611
WILLIAMS, PORTER, DAY, & NEVILLE, P.C.
159 No. Wolcott
P.O. Box 10700
Casper, WY 82601
307-265-0700 (tel)
307-266-2306 (fax)
fneville@wpdn.net
rschwartz@wpdn.net

*Attorneys for Defendants*
*American Express Marketing & Development Corp. and American Express Travel Related Services Co., Inc.*

## **CERTIFICATE OF SERVICE**

       The undersigned, one of the attorneys for Defendants, certifies that a true copy of the above and foregoing instrument was served upon counsel of record on the 29th day of October, 2010 addressed to and served as follows:

| | |
|---|---|
| Kim D. Cannon, Bar # 5-1401<br>Kate M. Fox, Bar # 5-2646<br>Davis & Cannon, LLP<br>P.O. Box 728<br>Sheridan, WY 82801<br>**Attorneys for Plaintiff** | ☐ U. S. Mail (prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☒ PACER |
| Michael T. Hornak *(Pro Hac Vice)*<br>Ronald P. Oines *(Pro Hac Vice)*<br>Natalie M. Gowin *(Pro Hac Vice)*<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, CA 92626-1931<br>**Attorneys for Plaintiff** | ☐ U. S. Mail (prepaid)<br>☐ Fax<br>☐ Overnight Delivery<br>☒ PACER |

_____

23300272v1