Kim D. Cannon, Bar # 5-1401
Kate M. Fox, Bar # 5-2646
Davis & Cannon, LLP
40 South Main
P.O. Box 728
Sheridan, WY 82801
Telephone:    (307) 672-7491
Facsimile:    (307) 672-8955

Attorneys for Plaintiff BLACK CARD LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| BLACK CARD LLC, a Wyoming Limited Liability Company,<br><br>                          Plaintiff,<br>     v.<br><br>AMERICAN EXPRESS MARKETING & DEVELOPMENT CORP. a Delaware corporation; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. a New York corporation; and DOES 1 through 10, inclusive,<br><br>                          Defendants. | Case No. 10cv0025-D |

**DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Black Card, LLC, discloses that is has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

-2-

Dated this 1st day of November, 2010.

          DAVIS & CANNON, LLP


          _/s/_____
          Kim D. Cannon, Bar # 5-1401
          Kate M. Fox, Bar # 5-2646
          40 South Main
          P.O. Box 728
          Sheridan, WY 82801
          Telephone: (307) 672-7491

          Attorneys for Plaintiff BLACK CARD LLC